AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\* DISTRICT OF NEVADA

KENNETH C. MCKNIGHT,

      Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00259-LRH-VPC**

STATE OF NEVADA, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint (Dkt #9) is DISMISSED with prejudice for failure to state a claim for which relief may be granted.

  12/10/2010                                                **LANCE S. WILSON**
                                                                            Clerk

                                                                          /s/ P. McDonald
                                                                           Deputy Clerk