UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KENNETH C. MCKNIGHT,
  #95411

  Plaintiff,

vs.

STATE OF NEVADA, *et al.*,

  Defendants.

3:10-cv-00259-LRH-VPC

**ORDER**

  This is a prisoner civil rights action, which this court dismissed on December 10, 2010 (docket #16), and judgment was entered accordingly (docket #17). Nevertheless, on May 4, 2011, plaintiff filed three motions: motion for U.S. Marshal to serve defendants (docket #19); motion to enter request for U.S. Marshal to serve defendants (docket #20); and motion for speedy trial (docket #21), and on May 11, 2011, he filed a motion transferring authority for court to subpoena N.D.O.C. et al., collaborating evidence (docket #22). As this case is closed, all four motions are denied as moot.

  **IT IS THEREFORE ORDERED** that the following motions filed by plaintiff: motion for U.S. Marshal to serve defendants (docket #19); motion to enter request for U.S. Marshal to serve defendants (docket #20); motion for speedy trial (docket #21); and motion transferring authority for court to subpoena N.D.O.C. et al, collaborating evidence (docket #22) are all **DENIED**.

  DATED this 20th day of July, 2011.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE